UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-03271 ODW (FFMx) | Date | October 5, 2012 |
|---|---|---|---|
| Title | *Embraceable You Designs, Inc. v. First Fidelity Group, Ltd. et al.* | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Sheila English | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):        Attorneys Present for Defendant(s):

Not Present                                               Not Present

**Proceedings (In Chambers):   ORDER TO SHOW CAUSE**

      On April 6, 2011, the Court vacated a status conference set for April 11, 2011, and ordered Plaintiff to file a status report on April 11, 2011, and "*every 3 months thereafter.*" (ECF No. 89.) In spite of this direction, Plaintiff has filed status reports only on April 7, 2011; April 14, 2011; and April 22, 2012. Moreover, each status report has indicated Plaintiff's intention to file a motion for summary judgment, but a motion for summary judgment has yet to be filed. Plaintiff is therefore **ORDERED TO SHOW CAUSE** in writing no later than October 12, 2012, why this action should not be dismissed for lack of prosecution and violation of this Court's order to file periodic status reports.

      **SO ORDERED**.

|  | ---- | : | 00 |
|---|---|---|---|
| | Initials of Preparer | se | |