JS - 6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMBRACEABLE YOU DESIGNS, Inc., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FIRST FIDELITY GROUP, LTD, a private equity fund registered under the laws of the British Virgin Islands; FIRST FIDELITY ASSET GROUP, LLC, a Nevada Limited Liability Company; LYNN DALE BOGART, an individual, SIMON SHAW, an individual; MICHELLE DALTON, an individual and M DALTON FASHIONS, Inc., A California Corporation and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants | CASE NO. 2:09-cv-03271-ODW-FFM<br><br><br>**JUDGMENT** |

The Court having substituted Lynn Dale Bogart as the true and correct name of the person sued under the assumed name of Joseph Lekar, and Defendants First Fidelity Group, Ltd.; First Fidelity Asset Group, LLC; Simon Shaw; M. Dalton Fashions, Inc. and Does 1 through 10 inclusive having been dismissed and the Court having granted in part and denied in part a Motion for Summary Judgment filed by Plaintiff Embraceable You Designs, Inc.,

**JUDGMENT** shall be and hereby is entered as follows:

In favor of Plaintiff **EMBRACEABLE YOU DESIGNS, INC.** and against Defendants **MICHELLE DALTON** and **LYNN DALE BOGART** in the total amount of **$ 174,000** on the First Cause of Action for violation of Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5; on the Second Cause of Action for violation of California Corporations Code § 25130; on the Third Cause of Action for violation of California Corporations Code § 25401 and on the Fourth Cause of Action for common law fraud.

Embraceable You's claims under Section 20(a) of the Securities Exchange Act of 1934 and for money owed are hereby **DISMISSED**.

**IT IS SO ORDERED.**

December 10, 2012

OTIS D. WRIGHT, II
**UNITED STATES DISTRICT JUDGE**